IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTUANE D. DANIEL, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL CASE NO. 2:23-cv-619-ECM |
| | ) |
| K. JONES, *Officer of the Montgomery Alabama Police Department in Montgomery AL*, | ) |
| | ) |
|    Defendant. | ) |

## MEMORANDUM OPINION and ORDER

On March 12, 2024, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 15) is ADOPTED, and this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 22nd day of May, 2024.

                                  /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE